IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                : CASE NO: CR-3-99-082
                                   : JUDGE RICE

VOLKER F. SCHETELIG,

Defendant.

## ORDER REMITTING FINE

Upon motion of the United States of America and the Court being otherwise sufficiently advised.

**IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S. C. § 3573, that the unpaid portion of the fine imposed against the Defendant in the amount of $250,000.00 is hereby **REMITTED**.

Date: 4-18-12

_____
UNITED STATES DISTRICT JUDGE